IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARNER T. HUNTER III, )<br>)<br>Defendant. ) | Case No. 1:12-cv-01009 (GBL/IDD) |

## ORDER

Upon consideration of the March 5, 2013 Report and Recommendation of United States Magistrate Judge Davis, who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts as its own the findings of fact and accepts the recommendation of United States Magistrate Judge Davis. The Clerk of Court shall enter default judgment in favor of Plaintiff Metropolitan Life Insurance Company, and against Defendant Warner T. Hunter III in the amount of eighty thousand four hundred forty dollars and fifty-nine cents ($80,440.59) with interest at the legal rate, pursuant to 28 U.S.C. § 1961(a), from the date of judgment until paid.

**IT IS SO ORDERED**.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 15th day of May, 2013.

Alexandria, Virginia
5/15/13

/s/
Gerald Bruce Lee
United States District Judge